# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

JUSTINO BRAVO SOBERANES,

Petitioner,

v.

FIELD OFFICE DIRECTOR OF
ENFORCEMENT AND REMOVAL
OPERATIONS, SAN DIEGO OFFICE,
IMMIGRATION AND CUSTOMS
ENFORCEMENT, et. al.,

Respondents.

Case No.:  26-cv-0926-BJC-DDL

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On February 12, 2026, Petitioner Justino Bravo Soberanes, a citizen of Mexico who is currently being detained at the Imperial Regional Adult Detention Center, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  He asserts he is a member of the Bond Eligible Class in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ----, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025), and, therefore, is entitled to a bond hearing.  ECF No. 1 ¶¶ 1, 6, 27, 27.  This Court set a briefing schedule and issued a limited stay.  ECF No. 2.  Respondents filed a return to the petition on February 20, 2026.  ECF No. 4.  In their return, Respondents note that Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista*, and "acknowledge

1

that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

Dated: February 23, 2026

_Bryan Cheeks_

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-0926-BJC-DDL